ROBERT G. SCHERER, as Assignee for the Benefit of Creditors of TIMOTHY J. SULLIVAN et al., Respondent, *v.* HENRY L. SMITH, as Receiver of the ALBANY HORSE NAIL COMPANY, Appellant.

*Scherer* v. *Smith,* 20 App. Div. 636, affirmed.
(Argued October 6, 1899; decided October 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered Sep-

tember 23, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Arthur L. Andrews* and *M. Nussbaum* for appellant.

*Marcus T. Hun* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.